UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBBINS MOTOR TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRANSLINK, INC., et al., <br><br> Defendants. | CIVIL ACTION <br><br> No. 07-150 |

## ORDER

AND NOW, this 30th day of September, 2009, for the reasons stated in the foregoing Memorandum, it is hereby ordered as follows:

(1) Defendant Translink's Motion for Late Filing (docket no. 93) is GRANTED;

(2) Defendant Translink's Motion to Dismiss for Lack of Jurisdiction (docket no. 94) is DENIED; and

(3) Plaintiff's Request for Sanctions (docket no. 95) is DENIED.

BY THE COURT:

_/s/ Louis H. Pollak_
Pollak, J.