# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBBINS MOTOR TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRANSLINK, INC., et al., <br><br> Defendants. | CIVIL ACTION <br><br> No. 07-150 |

## ORDER

AND NOW, this 4th day of November, 2009, for the reasons stated in the foregoing memorandum, it is hereby ORDERED as followed:

(1) Translink's motion in limine (docket no. 100) is DENIED insofar as it seeks to exclude (a) Robbins's witnesses from testifying and (b) exhibits that either were (i) attached as exhibits to Robbins's summary judgment papers or (ii) specifically enumerated in Translink's exhibit list in the parties' final pretrial memorandum;

(2) Translink's motion is otherwise DENIED WITHOUT PREJUDICE to moving to exclude specific exhibits at trial;

(3) Robbins's motion to exclude certain deposition testimony (docket no. 102) is DENIED WITHOUT PREJUDICE to moving to exclude the testimony at trial; and

(4) Counsel for the parties are ordered, as soon as possible and before the

commencement of trial, to (a) mark and exchange exhibits and (b) confer in an attempt to resolve the objections that have been denied without prejudice in this order without the further intervention of this court.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.